ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7298
Facsimile: (415) 436-6748
Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZENENG LIANG, <br><br> Plaintiff, <br><br> v. <br><br> EMILIA BARDINI, Director of Asylum Office in San Francisco, <br><br> Defendant. | 3:24-cv-02405 LJC <br><br> **STIPULATION TO TRANSFER CASE TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA; [PROPOSED] ORDER AS MODIFIED** <br><br> Hon. Lisa J. Cisneros |

Pursuant to 28 U.S.C. § 1404(a), Plaintiff, proceeding *pro se*, and Defendant, through her attorneys, hereby stipulate and respectfully request the Court to transfer this case to the United States District Court for the Eastern District of California. The Eastern District of California is a district where this case might have been brought because Plaintiff resides in that district, and all parties consent to transfer to that district.

Pursuant to Civil Local Rule 6-1(a), the parties further stipulate that Defendant's time to respond to the complaint is extended to sixty days after this case is docketed with the United States District Court for the Eastern District of California.

Stipulation to Transfer
C 3:24-cv-02405 LJC                           1

| | |
|---|---|
| Dated: June 11, 2024 | Respectfully submitted,[1]<br><br>ISMAIL J. RAMSEY<br>United States Attorney<br><br> /s/ Elizabeth D. Kurlan<br>ELIZABETH D. KURLAN<br>Assistant United States Attorney<br>Attorneys for Defendants |
| Dated: June 4, 2024 | /s/ Zeneng Liang<br>ZENENG LIANG<br>*Pro Se* |

## ~~[PROPOSED]~~ ORDER AS MODIFIED

Pursuant to stipulation, and having considered the relevant and appropriate factors as contemplated by 28 U.S.C. § 1404(a) and case law, the Court finds transfer to be in the interest of justice under the circumstances of this case. IT IS SO ORDERED. This case hereby is transferred to the United States District Court for the Eastern District of California. Defendant's time to respond to the complaint is extended to sixty days after this case is docketed with the United States District Court for the Eastern District of California.

Date: June 28, 2024

_____
LISA J. CISNEROS
United States Magistrate Judge

---

[1] In compliance with Civil Local Rule 5-1(i)(3), the filer attests that all signatories have concurred in the filing of this document.